IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDUARDO LAMBERTY,** | : | |
| Plaintiff | : | |
| | : | No. 1:22-cv-01964 |
| v. | : | |
| | : | (Judge Rambo) |
| **MR. NICKLOW, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 4th day of May 2023, upon consideration of pro se Plaintiff Eduardo Lamberty ("Plaintiff")'s amended complaint (Doc. No. 15), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 15) is **DISMISSED** for failure to comply with Rules 8, 18, and 20 of the Federal Rules of Civil Procedure;

2. Plaintiff is **GRANTED** a **final** opportunity to amend his pleading in accordance with the Federal Rules of Civil Procedure and the standards set forth in the Court's accompanying Memorandum;

3. Plaintiff shall file his second amended complaint within **thirty (30) days** of the date of this Order;

4. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form. Plaintiff shall title that complaint form "Second Amended Complaint" and shall include the docket number for this case, 1:22-cv-01964; and

5.      In the event that Plaintiff fails to file a second amended complaint within the thirty (30) days, then this action may be subject to dismissal.

<u>s/ Sylvia H. Rambo</u>
SYLVIA H. RAMBO
United States District Judge
