IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDUARDO LAMBERTY,<br>  Plaintiff | : <br> : <br> : | |
| | : | No. 1:22-cv-01964 |
| v. | : <br> : | |
| | : | (Judge Rambo) |
| MR. NICKLOW, et al.,<br>  Defendants | : <br> : | |

## ORDER

**AND NOW**, on this 19th day of July 2023, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's second amended complaint (Doc. No. 20) is **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2);

2. Plaintiff is **DENIED** any further leave to amend his pleading; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
